EXHIBIT

2

exhibitsticker.com

**Apollo Borough Manager**

**From:** Apollo Borough Manager <boroughmanager@apollopa.org>
**Sent:** Monday, October 29, 2018 2:09 PM
**To:** 'Brenda Troup'
**Subject:** RE: Brunermer conundrums

They have really complicated a simple procedure for vacant properties in Apollo.

**From:** Brenda Troup [mailto:rechhaben@gmail.com]
**Sent:** Monday, October 29, 2018 1:52 PM
**To:** boroughmanager@apollopa.org
**Subject:** Brunermer conundrums

It was a church. She claims to be living in it, which we all know she isn't and she probably doesn't get her residential mail there. She claims she is making soap out of there so she has a business but doesn't really have a business because veritas hasn't done the change of occupancy as such and therefir its not permitted within the borough...so...she can't get a waiver IF an inspection ever occurs. Am I wrong? Told you I'd wait til Monday to pester you again.