EXHIBIT
3

# APOLLO BOROUGH

P.O. Box 306
Apollo, PA 15613

(8:30 – 3:30 Mon – Fri)

Phone: (724) 478-4201
Fax (724) 478-4923

## APPLICATION FOR ZONING OR BUILDING PERMIT

Application Number: ____________

Application Date: 2/26/19

Name of Applicant: SLOPPYSOAP INC.

Address: 514 Hoover Dr. (Street and Number) Apollo (City) PA (State) 15613 (Zip Code)

Application if hereby made to:

☒ Use ☐ Erect ☐ Repair ☐ Alter ☐ Extend
☐ Remove ☐ Demolish ☐ Occupy ☐ Change the use of

a structure located at 719 N. Warren Ave, Apollo PA for:

☐ Residence ☒ Commercial Business ☐ Industry
☐ Accessory Building ☐ Other Use ____________ (Describe)

at an estimated cost of ____________

The following description of the use for this property, for which application is made herewith is submitted:
Retail Storefront + facility to manufacture artisinal soap, shampoo, lotions

Area zoned (as of this date) B-T w/ Town Center Overly

Parcel # ____________

Use for which application is made: ☐ Permitted ☐ Special in this Zone ☒ Conditional ?

A plot plan ☐ is attached ☒ is not attached | Floor plans ☐ are included ☒ are not included

Plans ☐ have ☒ have not been approved by the Pennsylvania Department of Labor

Disposition of Application ☐ Approved ☐ Denied

If denied, state Ordinance number of name, article, section, subsection, paragraph on which denial is based.

Statement of Applicant: I do hereby agree to observe and adhere to any and all provisions of the Zoning Ordinance and Building Code of the Borough of Apollo, Pennsylvania, where applicable under the issuance of this Building or Zoning Permit. And I do further agree that my failure to do so shall constitute a violation of this Permit, which Violation shall cause this Permit to become Null and Void, upon receipt of notification to that effect, in writing, from the Zoning and Codes Officer or other Duly Authorized Agent of the Commonwealth of Pennsylvania, Pennsylvania.

[signature] ☐ Owner ☐ Agent of Owner

Permit Fee ____________

Date Issued: ____________

Payment Received: ____________

____________ Signature ____________ Title

*white copy – office file; yellow copy – applicant; pink copy – deposit support*

APOLLO TOWNSHIP/BOROUGH
MUNICIPAL PRIOR APPROVALS

Parcel # ____________
Lot # ____________

Applicant/Property Owner: JANET L & R SCOTT BRUNERMER Phone: 724-506-2895

Address: 514 HOOVER DR.,APOLLO, PA 15613

Contractor: SELF Phone: ____________

Address: ____________

☐ Single Family Dwelling ☐ Multi-Family Dwelling ☐ Accessory Structure

☐ Addition ☐ Trailer ☐ Trailer Replacement ☐ Temporary Trailer

☑ Commercial Building ☐ Addition – Commercial Building

Description: FINISH CARPENTRY, TRIM Size: 2,400 SQ FT

Construction Cost: 2,000 Plot Plan Attached? NO Insurance Info. attached Y

Location: 719 N. WARREN AVE., APOLLO, PA 15613

*I hereby certify that the proposed work is authorized by the owner of record and that I have been authorized to make this application as his authorized agent and we agree to conform to all applicable laws of this jurisdiction.*

Signature: R Scott Bruner Date: 2/26/19

**APPLICANT MUST HAVE TOWNSHIP, BOROUGH OR CITY COMPLETE THE FOLLOWING:**

Site Located Within Flood Plain? ____________ Zoning Type ____________

Type of Sewage: ____________ (Approval Attached) Not Applicable

Type of Water: ____________ (Approval Attached) Not Applicable

Road Occupancy Permit: ____________ (Approval Attached) Not Applicable

Stormwater Management: ____________ (Approval Attached) Not Applicable

I hereby certify that this application is in compliance with all relevant ordinances of Township/Borough and therefore eligible for Municipal approval.

Date Approved/Issued: ____________

Township/Borough Officer/Secretary: ____________

9/7/07

Permit No.__________

# Bureau Veritas North America, Inc.

## PERMIT APPLICATION

**For questions or to submit your paperwork, please contact the office nearest you (locations attached)**

Township or Borough: APOLLO BOROUGH Date: 2-26-19

Work Site Address: 719 N. Warren Ave, Apollo PA 15613
(street) (city) (state) (zip)

Owner/Applicant: JANET L. + R. SCOTT BRUNERMER Phone: 724-506-2895 or 724-624-2716

Mailing Address: 514 HOOVER DR, APOLLO PA 15613
(street) (city) (state) (zip)

Contractor: Self Phone: __________

Contractor Address: __________
(street) (city) (state) (zip)

**TYPE OF WORK** (Please check either "Residential" or "Commercial" below and provide all information requested)

☐ Residential Project: Description __________ Cost $__________

New Bldg. Square Footage All Floors: __________ (not including garage)

Finished Basement Square Footage (if applicable) __________

Office Use Only

Use Group_____ Construction Type_____ Code Used_____

☒ Commercial Project: Description FINISH CARPENTRY (Storefront + manufacturing of soap, Shampoo) Cost $ 2,000

☐ New Building ☒ Existing Building New Bldg. Square Footage All Floors: __________

Use Group_____ Construction Type_____ Occupancy Load_____ Code Used_____

I hereby certify that the proposed work is authorized by the owner of record and that I am or have been authorized to make this application as his/her authorized agent and we agree to conform to all applicable laws of this jurisdiction.

Print Name R. SCOTT BRUNERMER

Signature [signature] Date 2-26-19

OFFICE USE ONLY

Building Plan Review Date: __________ ☐ Approved ☐ Not Approved

Plan Reviewer: __________ Permit Fee: $__________

OVER

# DIRECTION FORM

ADDRESS OF PROJECT____________________________________________

BETWEEN____________________________AND ___________________________

(cross street) (cross street)

PLEASE PROVIDE DETAILED INSTRUCTIONS ON HOW TO GET TO THE CONSTRUCTION LOCATION:

***TO BE INCLUDED WITH EVERY BUILDING PERMIT APPLICATION***

CHARLTONLaw
we've got this

March 20, 2019

Janet L. and R. Scott Brunermer
514 Hoover Drive
Apollo, Pa. 15613

***Re: 719 North Warren Property***

Dear Janet and R. Scott Brunermer,

I am writing with regard to the above referenced property and as the solicitor for Apollo Borough. Specifically, I am writing with regard to the paperwork and check you had recently submitted to the Borough.

As provided to me by the Borough, the following paperwork and check was submitted:

a. Bureau Veritas Permit Application
b. Direction Form (blank)
c. Apollo Borough Application For Zoning Or Building Permit. Hereafter referred to as the "Application".
d. Check to Apollo Borough in the amount of $90.00

After reviewing the material submitted, on behalf of the Borough, I would have the following questions:

a. The $90.00 check is made out to "Apollo Borough", however it is unclear what the check is for. The application fee for an Apollo building permit is $75.00. If the check was intended for the Bureau Veritas application, it is made out incorrectly.
b. It is unclear from the body of the Application to Apollo Borough what work is intended to be performed or where the work is intended to be performed. If the proposed work is interior only, the Application is not needed. If the proposed work is exterior, then the Borough would be involved. If the work is exterior, then in addition to the Application, the Borough would also need a description of the work and a plot diagram.
c. If the work is involving improvements to the parking lot area, the Borough would be involved. Again, a description of the work would be needed as well

as a subdivision and land development application. In addition, the Borough Zoning permit would have to be submitted to address the parking lot area.

I would also note that the Application lists the business name as "SloppySoap, Inc.". In addition, the "description of use" indicates that the use will be "Retail Storefront facility to manufacture artisanal soap, shampoo, lotions". As I'm sure you are aware, this would be a change in the currently permitted use of the property and as such, would require that a "Change of Use" application be completed and filed with the Bureau Veritas along with the necessary fees. While the use proposed appears to be permitted within the Borough confines, the current permitted use for the property is "Assembly", therefore a change would be needed.

Per the agreement reached with your attorney on February 25, 2019, I would anticipate that a representative from the Bureau Veritas will be contacting you to conduct the agreed to vacancy inspection of the property. Per the agreement with your attorney, the vacancy inspection must be completed within sixty (60) days of the hearing date. As a courtesy, I will send a copy of this letter to your attorney also.

I look forward to hearing from you. Should you have any question, please feel free to contact me at 724-540-1161.

Yours Very Truly,

Scott J. Andreassi

cc: Brenda Troup, Zoning Officer
Deana Shupe, Apollo Borough Manager
Bureau Veritas