EXHIBIT

5

exhibitsticker.com

**Grant Kanish**

**From:** Scott Andreassi <scott@charltonlawyers.com>
**Sent:** Tuesday, December 03, 2019 11:13 AM
**To:** Grant Kanish
**Subject:** RE: Brunermers

Thank you. The meeting minutes that Brunermers refer to reads as follows:

> "A new occupancy inspection checklist was proposed by Cindee McDermott and the BCO at Bureau Veritas, Grant Kanish. After discussion, a motion was made by Ashley Stiffy and seconded by Nancy Walker, to approve the form as proposed with a couple minor changes suggested by the borough manager. Motion passed unanimously."

That's what I found so far.

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
**www.charltonlawyers.com**

CHARLTONLaw
we've got this

---

**From:** Grant Kanish <grant.kanish@bureauveritas.com>
**Sent:** Tuesday, December 3, 2019 11:08 AM
**To:** Scott Andreassi <scott@charltonlawyers.com>
**Subject:** RE: Brunermers

Scott,

Attached is the "occupancy" checklist the borough uses to satisfy their ordinance. Again, I am not sure in what order the Borough schedules inspections (occupancy vs. vacancy) but they have yet to be approved on either to my knowledge. Once they do get these done then I can take over for the UCC Change of Use/Occupancy permitting and inspections.

Grant L. Kanish
PA West Business Unit Manager
204 Butler Road – Suite 3
Kittanning, PA 16201
grant.kanish@us.bureauveritas.com
Office – 724-548-1414
Mobile – 724-812-6283

**From:** Scott Andreassi [mailto:scott@charltonlawyers.com]
**Sent:** Tuesday, December 03, 2019 10:07 AM
**To:** Grant Kanish <grant.kanish@bureauveritas.com>
**Subject:** Brunermers

Good Morning Grant,

The Brunermers are requesting a copy of the "Occupancy Inspection Checklist" passed by council on 3/22/18. The meeting minutes reference your name and BV (along with Cindee McDermott) as being the authors of the document. Would you happen to have a copy of it? Thanks.

Scott

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
www.charltonlawyers.com

CHARLTONLaw
we've got this

This message contains confidential information. To know more, please click on the following link: http://disclaimer.bureauveritas.com

**Scott Andreassi**

**From:** Grant Kanish <grant.kanish@bureauveritas.com>
**Sent:** Tuesday, January 28, 2020 2:36 PM
**To:** Scott Andreassi
**Subject:** RE: Rick McMillen

Scott

Locally, I do not have the requested documents. He was hired because I knew of his background. He would have had to submit a resume on the "open hire" website that BV has for hiring new employees.

Hope this answers your question.

Given the fact that the Brunermer's are always asking for documents and we seem to be on the "Defense" is it time to maybe go on "Offense" with the statements in their documentation that they performed changes to the building without proper permitting and the fact that they advertised it as a house on Zillow at an asking price of $225,000 which constitutes a Change of Use or Occupancy? Seems to me if they were cited for these violations maybe this could go away.

Your thoughts.

Grant L. Kanish
PA West Business Unit Manager
204 Butler Road – Suite 3
Kittanning, PA 16201
grant.kanish@us.bureauveritas.com
Office – 724-548-1414
Mobile – 724-812-6283

**From:** Scott Andreassi [mailto:scott@charltonlawyers.com]
**Sent:** Tuesday, January 28, 2020 2:00 PM
**To:** Grant Kanish <grant.kanish@bureauveritas.com>
**Subject:** Rick McMillen

Good Afternoon Grant,

Does BV have a CV or resume for Rick? Thanks.

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
www.charltonlawyers.com

**Scott Andreassi**

| | |
|---|---|
| **From:** | Scott Andreassi |
| **Sent:** | Wednesday, January 29, 2020 10:58 AM |
| **To:** | 'Grant Kanish' |
| **Subject:** | RE: Brunermer |

Can't blame you my friend. Appreciate the information, as always.

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
www.charltonlawyers.com

CHARLTON Law

**From:** Grant Kanish <grant.kanish@bureauveritas.com>
**Sent:** Wednesday, January 29, 2020 10:47 AM
**To:** Scott Andreassi <scott@charltonlawyers.com>
**Subject:** Re: Brunermer

The boroughs change of use requirements are the UCC requirements.

Scott,

I am getting fed up with all of their stupid questions. I have told them time and again what they need to do. I don't understand why we do this for over 150 municipalities and in 2019 issued over 1700 permits and they are by far being the most difficult. I have better things to do with my time.

Sorry.....Just venting!!!!

Get Outlook for iOS

**From:** Scott Andreassi <scott@charltonlawyers.com>
**Sent:** Wednesday, January 29, 2020 10:35:36 AM
**To:** Grant Kanish <grant.kanish@bureauveritas.com>
**Subject:** Brunermer

One more question – the Brunermers asked for the Borough's "change of use requirements". I originally responded that the "change of use requirements would be dependent upon the current permitted use and the use that the applicant wishes to change to". Is that an accurate description or are there actual change of use requirements that BV uses on behalf of the Borough? Thanks.

## Scott Andreassi

**From:** Scott Andreassi
**Sent:** Tuesday, September 17, 2019 1:22 PM
**To:** 'Grant Kanish'
**Cc:** 'Apollo Borough Manager'
**Subject:** FW: Municipal Prior Approvals Form
**Attachments:** Fifth Request Municipal Approval Form.pdf

Grant,

Isn't this trying to get "through the back door" what they couldn't get you to approve? Doesn't this have to go to BV before the Borough can act? Thanks.

Scott

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
www.charltonlawyers.com

CHARLTON Law

**From:** Scott Brunermer <scott@ksloandirect.com>
**Sent:** Tuesday, September 17, 2019 1:01 PM
**To:** 'Apollo Borough Manager' <boroughmanager@apollopa.org>; Scott Andreassi <scott@charltonlawyers.com>; Sloppysoap@windstream.net
**Cc:** grant.kanish@bureauveritas.com
**Subject:** Municipal Prior Approvals Form

Good afternoon,

I thought I would take the time, again, to re-type our application for a Bureau Veritas "Municipal Prior Approval" Form. Perhaps, on the first 4 attempts, I typed something incorrectly that may have led to some confusion about this request? The property in question is located at 719 North Warren Avenue, Apollo, PA. I am attaching a copy of our most recent tax bill, so that there are no mistakes being made, as to the proper parcel number. I am, again, attaching a copy of the plot plan, drawn by certified architect, David Lowry of Riverside Architecture, located in Oakmont, PA. I have highlighted exact location of the property.

Thank you for your attention in this matter.

Regards,
Scott Brunermer

I'm not sure what Mr. Brunermer is talking about in his email. Any light you can shed on this? Thanks.

Scott

**Scott J. Andreassi, Esq.**
**Charlton Law**
**617 S. Pike Road**
**Sarver, PA 16055**
**724-540-1161**
**www.charltonlawyers.com**

CHARLTONLaw
we've got this

---

**From:** scott@ksloandirect.com <scott@ksloandirect.com>
**Sent:** Wednesday, September 4, 2019 10:36 PM
**To:** Apollo Borough Manager <boroughmanager@apollopa.org>; Scott Andreassi <scott@charltonlawyers.com>; grant.kanish@bureauveritas.com
**Cc:** sloppysoap@windstream.net
**Subject:** Apollo - Municipal Approval Form

To all of the parties involved:

It has been two weeks since we remitted our Municipal Prior Approval Form that is required by Bureau Veritas to perform a "Change of Use" inspection. There has been no response from Apollo Borough. Can you – Apollo Borough – give us a time frame as to when the form will be completed? We have submitted a site plan, and completed all of the documentation required by Apollo Borough to be granted a Municipal Prior Approval Form.

I am attaching a copy of the request made on August 19, 2019.

Regards,
Scott Brunermer

---

Virus-free. www.avast.com

This message contains confidential information. To know more, please click on the following link:
http://disclaimer.bureauveritas.com