**Windstream Webmail** **sloppysoap@windstream.net**

**RE: Municipal Prior Approval Form - OCA#202018A**

**From :** Rich Craft <rcraft@olsencraft.com> Fri, Feb 07, 2020 09:55 AM

**Subject :** RE: Municipal Prior Approval Form - OCA#202018A

**To :** sloppysoap@windstream.net

**Cc :** Apollo Borough Manager <boroughmanager@apollopa.org>, Brenda Troup <rechhaben@gmail.com>

EXHIBIT

6

exhibitsticker.com

Mr. Brunermer,

Thank you for all of the information. What you have provided has been very helpful. I had thought the building would be open to the public and was not sure how much of the building would be and this would impact the amount of required parking. I also was not sure if a parking lot improvement or expansion was a part of your plans. Doing so would require a land development plan. Based upon your email three (3) parking spaces one for each employee and one for a visitor would be needed. You also note about existing parking. To my knowledge I have never been in Apollo when the old church was having service. I don't how people parked while using the building. Notations on either the photo or the site plan indicating the location and size of the existing parking spaces would be helpful in verifying that parking is adequate. I realize that the spaces are not stripped do to the fact that it is a gravel surface. This is not required but would have been helpful in confirming adequate parking. Again a sketch would be sufficient.

Based upon the ordinance the strip of property should have at least a 9' wide lane for parking and 12' wide lane for one way traffic. Given that this is an existing condition which existed before the zoning ordinance, I believe that the travel width can be narrower. I would suggest some signage indicating the direction of the one-way traffic. It would probably be safest for the traffic to flow from S.R. 56 to the alley. Given the length it seems like you have 5 parking spaces.

With any parking lot area there is a requirement to meet the American with Disabilities Act (ADA), which are Federal Guidelines. One parking space for every 25 regular spaces must meet the ADA requirements. This requirement generally indicates the requirement for a hard surface for wheel chairs, signage for the space, the closest space, and an accessible path. I know you indicated that the building will not be open to the public but you can't discriminate against not hiring a handicapped person so one of your parking spaces should be made ADA compliant. Because of the seriousness of the ADA both our offices are responsible for making sure that ADA parking is provided. Since this is a federal law the local municipality cannot give a variance to ADA regulations.

Since the parking is existing, making upgrades to a parking space to make it ADA compliant would not constitute a land development plan. Since the area has been parking for so long it can be considered impervious so paving or providing concrete for the ADA space would not require stormwater management. I would recommend that you coordinate with Apollo Borough regarding any ADA improvements to the parking lot but believe that this would be for your benefit and would not be a formal plan submission.

Again at a minimum please provide a plan showing the existing parking space locations so that we can have it in our files to verify and justify why a land development plan is not needed.

Let me know if anyone has any questions.

Richard W. Craft, P.E.

-----Original Message-----
From: sloppysoap@windstream.net <sloppysoap@windstream.net>
Sent: Thursday, February 6, 2020 9:23 PM
To: Rich Craft <rcraft@olsencraft.com>
Subject: Re: Municipal Prior Approval Form

Mr. Craft,

There are no changes being made to the current parking area. The surface is not changing, it will remain permeable. Loading is not required because the building is less than 10,000 square feet. There are only two employees, the owner and the assistant. It may not be open to the public.

The ordinance for parking reads, manufacturing, "1 per each employee on the largest shift plus 1 per each 4 employees for visitor parking plus 1 per each company vehicle ordinarily parked on the site." There is ample parking at the Church, as it currently is, including behind the church.

Per Zoning, OFF-STREET PARKING AND LOADING REQUIREMENTS §1401. OFF-STREET PARKING Required in all districts (except BT district). "
Except BT district. We are in the Business Transition, with Town Center Overlay. I have attached a copy of the Apollo Zoning for parking lots and loading area.

Also, understand that the “parking lot” is deeded separately from the church located at 719 North Warren Ave., Apollo. Although we purchased the property at the same time, the church, the “parking lot” and 3rd adjoining lot at 715 North Warren Avenue, are all deeded separately, we have not chosen to combine the lots into one. I am attaching a copy of the deed for 719 & 717 N. Warren Ave, as well as a tax bill.

Simply, it’s a driveway for us to use to park our vehicle(s), or, if we choose, allow others to use. It is 20' wide and 110' long. At what point, is a driveway no longer a driveway, or a parking lot, no longer a parking lot? What’s the difference? Right now, it’s considered a vacant lot by Apollo

Borough, just ours happens to be filled with gravel.

Please note, we have exhausted the 20% ADA-Compliance costs on the church.

Bureau Veritas also has had questions regarding the parking lot. In the end, who decides what happens to the lot, you or Bureau Veritas?

Can we obtain, or attempt to obtain, a variance, if necessary, from Apollo Borough's Zoning Hearing Board?

Have you visited the property? If you would like to visit the property, please contact us.

Scott Brunermer
SloppySoap Inc.
Life is tough. Lather it up!

----- Original Message -----
From: "Rich Craft" <rcraft@olsencraft.com>
To: "Apollo Borough Manager" <boroughmanager@apollopa.org>, rechhaben@gmail.com, sloppysoap@windstream.net
Sent: Thursday, February 6, 2020 3:56:07 PM
Subject: RE: Municipal Prior Approval Form

Mr. Brunermer,

Are you indicating that parking is not required or that sufficient parking is already being provided? In either case can you please reference from the ordinance to support your opinion.

Richard W. Craft, P.E.

-----Original Message-----
From: Apollo Borough Manager <boroughmanager@apollopa.org>
Sent: Thursday, February 6, 2020 3:35 PM
To: Rich Craft <rcraft@olsencraft.com>; rechhaben@gmail.com
Subject: FW: Municipal Prior Approval Form

Hello Mr. Brunermer

I am forwarding this to the engineer and zoning officer for a response.

Deanna Shupe
Apollo Borough Secretary/Treasurer
P. O. Box 306
Apollo, PA 15613
Phone: 724-478-4201
Email: boroughmanager@apollopa.org
Website: www.apollopa.org

-----Original Message-----
From: sloppysoap@windstream.net [mailto:sloppysoap@windstream.net]
Sent: Thursday, February 6, 2020 3:00 PM
To: Apollo Borough Manager <boroughmanager@apollopa.org>
Subject: Re: Municipal Prior Approval Form

Hello Mrs. Shupe,

Please inform the engineer and zoning officer that parking and loading are not required for the building, so accessible parking and loading are not required. Both our attorney and architect are in agreement on this. We've been down this path before with Apollo Borough.

Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

----- Original Message -----
From: "Apollo Borough Manager" <boroughmanager@apollopa.org>
To: sloppysoap@windstream.net
Sent: Thursday, February 6, 2020 2:37:17 PM
Subject: RE: RE: Municipal Prior Approval Form

Hello Mr. Brunermer

The engineer is reviewing with the zoning officer the parking requirements for your business.
Do you have a copy of the approved architectural drawings?

Deanna Shupe
Apollo Borough Secretary/Treasurer
P. O. Box 306
Apollo, PA 15613
Phone: 724-478-4201
Email: boroughmanager@apollopa.org
Website: www.apollopa.org

-----Original Message-----
From: sloppysoap@windstream.net [mailto:sloppysoap@windstream.net]
Sent: Thursday, February 6, 2020 12:40 PM
To: undefined <boroughmanager@apollopa.org>
Subject: Fwd: RE: Municipal Prior Approval Form

Mrs. Shupe,

Any reason why?

Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

----- Forwarded Message -----
From: Grant Kanish <grant.kanish@bureauveritas.com>
To: sloppysoap@windstream.net
Sent: Thu, 06 Feb 2020 11:55:59 -0500 (EST)
Subject: RE: Municipal Prior Approval Form

No

Grant L. Kanish
PA West Business Unit Manager
204 Butler Road – Suite 3
Kittanning, PA 16201
grant.kanish@us.bureauveritas.com<mailto:grant.kanish@us.bureauveritas.com>
Office – 724-548-1414
Mobile – 724-812-6283

From: sloppysoap@windstream.net [mailto:sloppysoap@windstream.net]
Sent: Thursday, February 06, 2020 11:55 AM
To: Grant Kanish <grant.kanish@bureauveritas.com>
Subject: Municipal Prior Approval Form

Mr. Kanish,

Has Apollo Borough forwarded you a copy of the above form?

Regards,
Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!
This message contains confidential information. To know more, please click on the following link: http://disclaimer.bureauveritas.com

**Scott Andreassi**

**From:** Brenda Troup <rechhaben@gmail.com>
**Sent:** Friday, February 7, 2020 3:12 PM
**To:** Rich Craft
**Subject:** Re: FW: Municipal Prior Approval Form - OCA#202018A

Nope, I'm good with that. I'll sign it now. Will you be sending them anything on the potential future change of parking issue or should I do that? Thanks for your help. I have not seen anything that the brunermers submitted. Am I correct in understanding that this is no longer a retail business but a light manufacturing business?

On Fri, Feb 7, 2020, 13:42 Rich Craft <rcraft@olsencraft.com> wrote:
Deanna and Brenda,

I believe that they have sufficiently addressed the parking issues and that they are NOT in need of a land development plan submission to the Borough. I think that Grant can give them grief over making the closest parking space being made ADA compliant. Now if they start using a portion of the building for public sales then we will need to ask them to recalculate their parking. Or if they try to modify the adjacent lot for parking or something like that then they will need to submit in for a land development.

Back to BV's form. I still would not sign it but if Brenda wants to note that it is compliant with the zoning ordinance that will work.

Let me know if either of you have any questions.

Richard W. Craft, P.E.

-----Original Message-----
From: sloppysoap@windstream.net <sloppysoap@windstream.net>
Sent: Friday, February 7, 2020 11:44 AM
To: Rich Craft <rcraft@olsencraft.com>
Subject: Re: Municipal Prior Approval Form - OCA#202018A

Mr. Craft,

I am attaching a sketch, not exactly to scale, that would provide a general layout of the parking.

Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

----- Original Message -----
From: "Rich Craft" <rcraft@olsencraft.com>
To: sloppysoap@windstream.net
Cc: "Apollo Borough Manager" <boroughmanager@apollopa.org>, "Brenda Troup" <rechhaben@gmail.com>
Sent: Friday, February 7, 2020 9:55:09 AM
Subject: RE: Municipal Prior Approval Form - OCA#202018A

**Scott Andreassi**

| | |
|---|---|
| **From:** | sloppysoap@windstream.net |
| **Sent:** | Monday, February 17, 2020 11:35 AM |
| **To:** | Rich Craft |
| **Cc:** | Apollo Borough Manager; Brenda Troup |
| **Subject:** | Re: Municipal Prior Approval Form - OCA#202018A |

Mr. Craft,

We are not looking for any more information, just that the form is remitted to Bureau Veritas.

Regards,
Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

----- Original Message -----
From: "Rich Craft" <rcraft@olsencraft.com>
To: sloppysoap@windstream.net
Cc: "Apollo Borough Manager" <boroughmanager@apollopa.org>, "Brenda Troup" <rechhaben@gmail.com>
Sent: Monday, February 17, 2020 11:02:13 AM
Subject: RE: Municipal Prior Approval Form - OCA#202018A

Mr. Brunermer,

I don't believe that I have any additional questions for you or need any additional information. Based upon the emails and provided information I don't believe that a land development plan is needed for what you have indicated that you are doing. Were you looking for anything more from me?

Richard W. Craft, P.E.

-----Original Message-----
From: sloppysoap@windstream.net <sloppysoap@windstream.net>
Sent: Monday, February 17, 2020 10:34 AM
To: Rich Craft <rcraft@olsencraft.com>
Subject: RE: Municipal Prior Approval Form - OCA#202018A

Mr. Craft,

Are we good then?

Sincerely,
Scott Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

----- Original Message -----

**Re: 2018 Codes**

**From :** Grant Kanish <grant.kanish@bureauveritas.com> Mon, Feb 24, 2020 04:15 PM
**Subject :** Re: 2018 Codes
**To :** sloppysoap@windstream.net
**Cc :** Scott Andreassi <scott@charltonlawyers.com>, boroughmanager@apollopa.org, Zachary Gordon <zgordon@dscslaw.com>

Mr. Brunermer,

Even though you say the "proper paper work" was not available on the website, there was another submittal checklist that was available there. In talking with Marty and Gail in my office, we do not recollect you ever contacting the office to obtain the submittal checklist via other channels ( fax, mail, email). The Borough Occupancy inspection per the ordinance in April 2017 clearly stated to contact Bureau Veritas at 724-548-1414. Therefore, we can only go by the (3) dates of application stated in the earlier email

Get [Outlook for iOS]()

---

**From:** sloppysoap@windstream.net <sloppysoap@windstream.net>
**Sent:** Monday, February 24, 2020 3:38:52 PM
**To:** Grant Kanish <grant.kanish@bureauveritas.com>
**Cc:** Scott Andreassi <scott@charltonlawyers.com>; boroughmanager@apollopa.org <boroughmanager@apollopa.org>; Zachary Gordon <zgordon@dscslaw.com>
**Subject:** Re: 2018 Codes

Mr. Kanish,

Thank you for your official and prompt response.

We were under the impression that the form was going to be remitted to you sometime around February 3rd by Mrs. Shupe.

This process began April 2017. After contacting Cindee McDermott on multiple occasions the day after we purchased the building, seeking the proper paperwork, and several times thereafter, she finally referred us to you in September 2017.

We and our plumbing contractor reached out to you and Mr. Frawley back in September and October 2017, and neither of you remitted paperwork for a change of use. Even after our legal counsel reached out to the Borough in July 2018, and to Bureau Veritas in October 2018 and again, in April 2019, we still did not have the proper paperwork. We filed for a "Change of Use" on April 22, 2019, that was denied by Bureau Veritas for failing to have the proper paperwork. Up until May 20, 2019, we were DENIED ACCESS to the "Policy Guidelines for Commercial Plan Submittal Requirements for Alterations, etc.", that everyone, but us, knew was needed. If we would have been given, or have been told where to get the proper

paperwork back in April 2017, even as late as October 2017, we would not have been subject to the 2015 International Code as it was not adopted by Pennsylvania until October 1, 2018.

That being said, even if we had been directed to the Bureau Veritas website, back in 2017, 2018, or 2019, we still would not have had the proper paperwork, as it was not posted on that website until recently.

Regards,
Scott & Janet Brunermer

SloppySoap Inc.
Life is tough. Lather it up!

---

**From:** "Grant Kanish" <grant.kanish@bureauveritas.com>
**To:** "Rod Smay" <rod.smay@bureauveritas.com>, sloppysoap@windstream.net
**Cc:** "Scott Andreassi" <scott@charltonlawyers.com>, boroughmanager@apollopa.org
**Sent:** Monday, February 24, 2020 10:31:14 AM
**Subject:** RE: 2018 Codes

Mr. Brunermer,

I would like to address some of your questions/concerns from the email below:

1. To my knowledge, Apollo Borough has not signed off on the Bureau Veritas Municipal Approval Form.
2. All BV applications submitted and dated 4/22/19, 8/7/19 and 1/14/20 are subject to the 2015 International Codes. Please note, all (3) have been denied due to incompleteness.
3. Your permitting **is** being handled in the Kittanning Office. Commercial Plan Reviewer Rodney Smay is a BV employee assigned to the Brookville Office and does all of the Commercial Plan Reviews for projects in Armstrong County. He has 20+ years of experience in the Building Code industry. He has (17) UCC Certifications and is certified to perform all aspects of Inspections (Commercial and Residential) and Plan Review (Commercial and Residential). The #12, #13, and #14 Residential Certifications are grandfathered because he holds the same certification in Commercial. His name was temporarily off of the site so that his (3) year renewal could be added. The grid below was copied and pasted this morning from the L&I website.

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMAY | RODNEY | G | BROOKVILLE | 005653 | 10 | 11 | | | | 15 | | | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | | 27 | 28 | 29 | |

Hope this addresses your email.

Grant L. Kanish
PA West Business Unit Manager
204 Butler Road – Suite 3
Kittanning, PA 16201
grant.kanish@us.bureauveritas.com
Office – 724-548-1414
Mobile – 724-812-6283

---

**From:** Rod Smay
**Sent:** Sunday, February 23, 2020 4:21 PM

**To:** Grant Kanish <grant.kanish@bureauveritas.com>
**Subject:** Fwd: 2018 Codes

Get Outlook for iOS. I didn't reply

---

**From:** sloppysoap@windstream.net <sloppysoap@windstream.net>
**Sent:** Friday, February 21, 2020 8:58:47 PM
**To:** Rod Smay <rod.smay@bureauveritas.com>
**Subject:** 2018 Codes

Has Apollo Borough sent you a copy of the "Prior Municipal Approval Form"?

Another question and concern. We have been trying to get this change of use since April 2017; however, neither Cindy McDermott, Former Apollo Borough Manager, nor Grant Kanish and Marty Frawley ever presented us with the proper paperwork to get this off the ground. Even after discussions with our attorney's in 2018 and 2019 were we never given the proper paper until April-May 2019. This being the case, shouldn't we be subject to the Code prior to October 2017 and not the 2018 Code?

I am also interested as to why this situation is not being handled at the Kittanning Office? Can you address this in an e-mail?

I also asked the question, "What are your certifications? I couldn't find your name on the list of UCC contractors on the list dated 2/18/2020." There have been a few other questions that have been asked and would like to see addressed.

SloppySoap Inc.
Life is tough. Lather it up!

This message contains confidential information. To know more, please click on the following link: http://disclaimer.bureauveritas.com

This message contains confidential information. To know more, please click on the following link: http://disclaimer.bureauveritas.com

---