EXCERPTS

COPY

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

ARMSTRONG County

For Prothonotary Use Only:

Docket No: 2023-1367-Civil

EXHIBIT 9

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☒ Declaration of Taking

Lead Plaintiff's Name: BOROUGH OF APOLLO

Lead Defendant's Name: ROBERT SCOTT BRUNERMER

**Are money damages requested?** ☐ Yes ☒ No

Dollar Amount Requested: (check one) ☐ within arbitration limits ☐ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☐ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Brian D. Farrington, Esquire

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

2023 NOV 1 PM 1:27
PROTHONOTARY AND CLERK OF COURTS
ARMSTRONG COUNTY, PA

LEFT FOR ENTRY OR FILING

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☒ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**

Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

IN THE COURT OF COMMON PLEAS OF ARMSTRONG COUNTY, PENNSYLVANIA

| | |
|---|---|
| BOROUGH OF APOLLO, | IN REM |
| Condemnor, | No. |
| Vs. | |
| ROBERT SCOTT BRUNERMER and JANET BRUNERMER, | TYPE OF PLEADING: |
| Condemnees. | **DECLARATION OF TAKING** |

**Filed on behalf of:**
Borough of Apollo, Condemnor

**Counsel of Record for this Party:**


Brian D. Farrington, Esquire
PA I.D. No. 325641

Scott J. Andreassi, Esquire
PA I.D. No. 56910

Charlton Law
617 S. Pike Road
Sarver, PA 16055
Telephone: 724.540.1161
Facsimile: 724.540.1164



PROTHONOTARY AND CLERK OF COURTS ARMSTRONG COUNTY, PA
2023 NOV -1 PM 1:27
LEFT FOR ENTRY OR FILING

IN THE COURT OF COMMON PLEAS OF ARMSTRONG COUNTY, PENNSYLVANIA

BOROUGH OF APOLLO, IN REM

Condemnor, No.

Vs.

ROBERT SCOTT BRUNERMER and
JANET BRUNERMER,

Condemnees.

**DECLARATION OF TAKING**

AND NOW, comes the Condemnor, Borough of Apollo, by and through its attorneys, Brian D. Farrington, Esquire, Scott J. Andreassi, Esquire, and Charlton Law, who file on its behalf, the foregoing Declaration of Taking and aver as follows:

1. The Condemnor, Borough of Apollo (hereafter the "Borough"), is a Pennsylvania borough, existing pursuant to the Borough Code 8 Pa.C.S. §200, *et seq.*, and has a physical address of 809 North Warren Avenue, Apollo, Pennsylvania 15613. The Borough has a mailing address of P.O. Box 306, Apollo, Pennsylvania 15613.

2. Notice of this Declaration, and the rights of Condemnees, will be provided in the manner prescribed by 26 Pa.C.S. §305.

3. This condemnation is authorized under the Borough Code, 8 Pa.C.S. §1501, *et seq.*

4. Pursuant to Ordinance No. 292-23, approved and enacted by the Borough on October 24, 2023, the Borough has authorized the within Condemnation. A copy of Ordinance No. 292-23 is attached hereto and incorporated herein as "Exhibit 1."

5. The original Ordinance No. 292-23 may be examined at the address of the Borough.

6. The purpose of this condemnation is to obtain lands in fee simple along with any appurtenant easements and/or rights-of-way, to lay out and expand the public roadways known as

Cunningham Lane and Wilson Way, located in the Borough of Apollo, County of Armstrong, Commonwealth of Pennsylvania.

7. The lands to be condemned are situated in the Borough of Apollo, County of Armstrong, Commonwealth of Pennsylvania, and are bounded and described by the legal description attached hereto and incorporated herein as Exhibit "2." Said legal description was also attached as part of Ordinance 292-23.

8. The lands to be condemned are under the ownership of Condemnees, Robert Scott Brunermer and Janet Brunermer (hereafter "Condemnees"), and identified as a part of Armstrong County Tax Parcel Nos. 01-227.07-01-74[1], 01-227.07-01-77[2], and 01-227.07-01-80[3].

9. Accordingly, venue under 26 Pa.C.S. §301 is appropriate in the Court of Common Pleas of Armstrong County.

10. The lands to be condemned are further depicted on the scale drawings attached hereto and incorporated herein as Exhibit "3." Said scale drawings were also attached as part of Ordinance 292-23.

11. A plan showing the condemned property may be inspected at the address of the Borough.

12. On the same date as this Declaration of Taking is being filed with the Prothonotary of Armstrong County, a Notice of Filing of Declaration of Taking is being filed in the Office of the Recorder of Deeds of Armstrong County in accordance with 26 Pa.C.S. §304.

---

[1] Interest of Robert Scott Brunermer and Janet Brunermer recorded in the Office of the Armstrong County Recorder of Deeds at Instrument 201703584.

[2] Interest of Robert Scott Brunermer and Janet Brunermer recorded in the Office of the Armstrong County Recorder of Deeds at Instrument 201703584.

[3] Interest of Robert Scott Brunermer and Janet Brunermer recorded in the Office of the Armstrong County Recorder of Deeds at Instrument 201712520.

13. Just compensation has been raised or is to be raised under the power of taxation conferred by law upon the Condemnor. Pursuant to 26 Pa.C.S. §303(b), no bond is required of the Borough.

Respectfully Submitted,

CHARLTON LAW

Brian D. Farrington, Esquire
PA I.D. No. 325641

617 S. Pike Road
Sarver, PA 16055
Telephone: 724.540.1161
Facsimile: 724.540.1164

# EXHIBIT 1

## BOROUGH OF APOLLO

## ORDINANCE NO. 292-23

AN ORDINANCE OF THE BOROUGH OF APOLLO, COUNTY OF ARMSTRONG, COMMONWEALTH OF PENNSYLVANIA, DECLARING ITS INTENT TO ACQUIRE, ENTER UPON, TAKE, AND USE THE LANDS HEREIN DESCRIBED AND AUTHORIZING THE FILING OF A DECLARATION OF TAKING AND CONDEMNATION TO EXPAND THE STREETS CURRENTLY KNOWN AS "CUNNINGHAM LANE" AND "WILSON WAY" ALONG WITH ANY APPURTENANT RIGHTS-OF-WAY AS HEREIN DESCRIBED.

**WHEREAS,** the Borough of Apollo (hereafter the "Borough") intends to obtain and condemn land currently adjacent to the Borough Streets known as "Cunningham Lane" and "Wilson Way" for the purpose of expanding the public road thereupon; and

**WHEREAS,** Cunningham Lane currently exists as a twelve (12) foot wide public street within the Borough and carries traffic between North Warren Avenue and North 8th Street; and

**WHEREAS,** the Borough has determined that the existing width and course of Cunningham Lane, particularly as the road turns from the Southeast to the Southwest is inadequate for the carrying of emergency service vehicles and public works vehicles; and

**WHEREAS,** the inability of emergency service vehicles to navigate Cunningham Lane presents a hazard to public health, safety, and welfare; and

**WHEREAS,** without the ability to freely traverse Cunningham Lane, emergency service vehicles are deprived of safe access to the rear of numerous residential structures along North Warren Avenue and Armstrong Avenue within the Borough; and

**WHEREAS,** the inadequacy of Cunningham Lane also has a negative effect on the Borough's ability to improve, maintain, or otherwise ensure the adequate upkeep of Cunningham Lane, including the ability to safely remove the accumulation of snow during winter months; and

**WHEREAS,** the Borough has been unable to negotiate an amicable settlement with the Owner of the current land, who is infringing upon the free passage of Cunningham Lane *via* their volitional act of erecting a fence thereupon; and

**WHEREAS,** the intersection of Cunningham Lane and Wilson Way is also non-navigable for emergency service vehicles attempting to turn from Cunningham Lane onto Wilson Way in the direction of North Warren Avenue; and

**WHEREAS**, the Borough is empowered and authorized to enact the foregoing Declaration of Taking and Condemnation of the lands herein described pursuant to the provisions of the Borough Code, 8 Pa.C.S. §§1501, et seq.; and

**NOW THEREFORE**, the Council of the Borough of Apollo decrees as follows:

1. **Incorporation of Preamble.** The provisions set forth in the preamble to this Ordinance are incorporated by reference in their entirety herein.

2. **Identification of Condemnor.** The condemnor of the lands herein described shall be the Borough of Apollo, a political subdivision of the Commonwealth of Pennsylvania, having its physical offices at 809 North Warren Avenue, Apollo, PA 15613 and having a mailing address of P.O. Box 306, Apollo, PA 15613.

3. **Authorization to Acquire.** The Borough, by and through its Council, is hereby authorized to appropriate and acquire title in fee simple to expand, lay out, the expansion of the streets known as "Cunningham Lane" and "Wilson Way" across the lands of Janet and Robert Scott Brunermer (Armstrong County Parcel Nos. 01-227.07-01-74, 01-227.07-01-77, and 01-227.07-01-80) being a part or portions of the lands acquired by the same *via* deeds recorded in the Office of the Recorder of Deeds of Armstrong County at Instrument No. 201703584 and No. 201712520. Such acquisition is for the "…laying out, opening, widening, extending, vacating, grading or changing the grades or lines of streets" as permitted by 8 Pa.C.S. §1501(1) and 8 Pa.C.S. §1721.1.

4. **Declaration of Intention.** By the passage of this Ordinance, the Borough does herein declare its intention to acquire, enter upon, take, and use the property herein described as required by 8 Pa.C.S. §1502.1.

5. **Legal Description.** The legal description of the subject taking is attached hereto and incorporated herein as Exhibit "A" and a scale drawing of the lands to be taken is attached hereto and incorporated herein as Exhibit "B."

6. **Authority of Legal Counsel.** Charlton & Charlton, Inc. (d/b/a Charlton Law) is hereby authorized and directed to prepare, file, and serve a Declaration of Taking, in accordance with the pertinent requirements of Pennsylvania's Eminent Domain Code (26 Pa.C.S. §§101, et seq.), in order to appropriate and acquire the property herein described and all necessary appurtenances thereto, and to take any and all other necessary or appropriate action to carry out the intent and purpose of this Ordinance.

7. **Authority of Borough Council.** The President and Vice President of the Council of the Borough of Apollo are hereby authorized to execute the Verification to the Declaration of Taking and to take all necessary and appropriate action to carry out the intent and purpose of this Ordinance.

8. **Expenses.** The institution of condemnation proceedings, and any damages which may be agreed upon or awarded to any party in interest, shall be paid out of the funds of the Borough of Apollo by and through its authority as a taxing body.

9. **Severability.** In the event that any provision, section, sentence, clause, or part of this Ordinance is held to be invalid, such invalidity shall not affect or impair any remaining provision, section, sentence, clause, or part of the Ordinance, it being the intent of the Borough that such remainder shall be and shall remain in full force and effect and fort this purpose the provisions of this Ordinance are hereby declared to be severable.

10. **Effective Date.** This Ordinance shall be deemed in full force and effect upon the date of its passage.

****Signature Page Follows*****

**RESOLVED** and **ADOPTED** this 24th day of October, 2023, by the Council of the Borough of Apollo in lawful session duly assembled.

**BOROUGH OF APOLLO**

ATTEST:
(SEAL)

Deanna Shupe
Title: Secretary

Jerrod Thompson, Council President

Mark Tarle, Council Vice President

Kenneth Cyphert, Councilman

Cindy O'Block, Councilwoman

Craig Williams, Councilman

Diane Bradshaw, Councilwoman

Sara Gerwig, Councilwoman

Karen Kenzevich, Mayor

I, Deanna Shupe, Secretary of the Borough of Apollo, do hereby certify that the foregoing is a true and correct copy of Ordinance No. 292-23, adopted at the regular meeting of the Borough Council held on the 24th day of October, 2023.

Date: October 24, 2023

Deanna Shupe, Secretary

**EXHIBIT A**

**Acquisition Area A:**

Beginning at a point along Cunningham Lane, being the Northeast corner of the lands herein described, at an existing Iron Pin with Cap; thence along Cunninghame Lane South 24° 43' 48" West a distance of 60.00 feet to a point marking the boundary lines between Parcel Nos. 01-227.07-01-77 and 01-227.07-01-80; thence continuing along Cunningham Lane South 24° 43' 48" West a distance of 12.07 feet to a point marking the Southeast corner of the lands herein described; thence continuing along Cunningham Lane South 82° 25' 33" West a distance of 20.00 feet to a point marking the Southwest corner of the lands herein described; thence North 48° 52' 22" East a distance of 12.09 feet to a point; thence North 39° 26' 26" East a distance of 26.57 feet to a point; thence North 28° 43' 19" East a distance of 46.12 feet to a point at the boundary of Parcel Nos. 01-227.07-01-74 and 01-227.07-01-70 marking the Northwest corner of the lands herein described; thence South 65° 40' 03" East a distance of 2.00 feet to the place of beginning.

Containing 455.10 square feet or 0.010 acres.

**Acquisition Area B:**

Beginning at a point at the intersection of Parcel No. 01-227.07-01-80, Cunninghame Lane, and Wilson Way, being the Southwest Corner of the lands herein described, at an existing steel post; thence along Cunninghame Lane North 82° 25' 33" East a distance of 10.00 feet to a point; thence North 82° 30' 17" West a distance of 8.16 feet to a point; thence North 18° 36' 30" West a distance of 11.08 feet to a point marking the Northwest corner of the lands herein described; thence along Wilson Way South 07° 34' 27" East a distance of 13.00 feet to the place of beginning.

Containing 24.40 square feet or 0.001 acres.


N. WARREN AVE.
CUNNINGHAM LANE
IRON PIN WITH CAP FOUND
N/F MARY LOU PERSOCKIE
TAX PARCEL: 01-227.07-01-70
INSTR# 201106238
S60°31'22"E 110.50' (DEED)
S65°40'03"E 110.50' (FIELD)
ROBERT SCOTT BRUNERMER AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-74
INSTR# 201703584
ROBERT SCOTT BRUNERMER AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-77
INSTR# 201703584
JANET L. BRUNERMER AND R. SCOTT BRUNERMER
TAX PARCEL: 01-227.07-01-80
INSTR# 201712520
REBAR FOUND
IRON PIN FOUND
IRON PIN WITH CAP FOUND
ACQUISITION AREA, SEE DETAIL A
ACQUISITION AREA, SEE DETAIL B
NAIL FOUND
STEEL POST FOUND
EDGE OF PAVEMENT
N/F DAVID G. FOWLER AND TRACY L. FOWLER
TAX PARCEL: 01-227.07-01-76
D.B.V. 2179, PAGE 314
N/F ESTATE OF EVA M. COLEMAN
TAX PARCEL: 01-227.07-01-82
D.B.V. 600, PAGE 442
N/F HELEN V. HUTCHINSON AND REBECCA PERRY
TAX PARCEL: 01-227.07-01-83
D.B.V. 1875, PAGE 325
N/F ADAM MAGINLEY AND ELIZABETH MAGINLEY
TAX PARCEL: 01-227.07-01-84
INSTR# 2007-007583
D.B.V. 2890, PAGE 45
32 AND 2' OF 33 SIMON TRUBY PLAN
N/F DANA D. BAUM
TAX PARCEL: 01-227.07-01-85
INSTR# 201107213
ACQUISITION AREA DETAIL B
24.40 Sq. Feet
0.001 Acres
S07°34'27"E 13.0000'
N18°36'30"W 11.08'
N82°30'17"W 8.16'
N82°25'33"E 10.00'
ACQUISITION AREA DETAIL A
455.10 Sq. Feet
0.010 Acres
S65°40'03"E 2.00'
46.12'
S24°43'48"W
N28°43'19"E
26.57'
N39°26'26"E
N48°52'22"E 12.09'
S82°25'33"W 20.00'
S24°43'48"W 12.07'
60.00'
CUNNINGHAM LANE
NOTES:
-ALL FIELD BEARINGS DERIVED FROM NAD 83 SOUTH ZONESTATE PLANE COORDINATE SYSTEM.
-RECORD COURSES AND DISTANCES REFERENCE A SURVEY PLOT. DEED DESCRIPTIONS OF TAX PARCEL NUMBER 01-227.07-01-80 DO NOT CONTAIN COURSES AND ONLY REFERENCE DISTANCES.
-FIELD MEASUREMENTS MATCH PREVIOUS SURVEY PLOT PRODUCED BY YOUNG AND ASSOCIATES.
-CHARTER BOOK NO. 1, PAGE 182 IS MISSING NECCESSARY INFORMATION TO DESCRIBE TAX PARCELS 01-227.07-01-74, 77 & 80.
DATE 10/04/2023
COMMONWEALTH OF PENNSYLVANIA
REGISTERED PROFESSIONAL
SHAWN ALESI
LAND SURVEYOR
SU0075690
PLAN OF ACQUISITION
FOR
THE BOROUGH OF APOLLO
LOCATED AT
N WARREN AVENUE
AND CUNNINGHAM LANE
ARMSTRONG COUNTY, PA
REVISIONS 10/27/2023
FIELD BOOK
FILE GT-17119
SHEET 1 OF 2
DRAWN BY JGP
CHECKED BY SA
SCALE 1"=30'
GIBSON THOMAS
ENGINEERING COMPANY

EXHIBIT B


N. WARREN AVE.
CUNNINGHAM LANE
IRON PIN WITH CAP FOUND
N/F MARY LOU PERSOCKIE
TAX PARCEL: 01-227.07-01-70
INSTR# 201106238
S65°40'03"E 108.49'
REBAR FOUND
12'
ROBERT SCOTT BRUNERMER AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-74
INSTR# 201703584
IRON PIN WITH CAP FOUND
IRON PIN FOUND
N24°43'48"E 40.00'
N24°43'48"E 20.00'
N24°43'48"E 20.00'
S65°40'03"E 105.71'
N65°40'03"W 105.21'
ROBERT SCOTT AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-77
INSTR# 201703584
S65°40'03"E 101.60'
N65°40'03"W 101.60'
S28°42'53"W 40.12'
NAIL FOUND
JANET L. BRUNERMER AND R. SCOTT BRUNERMER
TAX PARCEL: 01-227.07-01-80
INSTR# 201712520
N07°34'27"W 36.90'
S19°26'26"W 14.51'
S28°42'53"W 6.00'
S48°30'33"W 11.98'
S19°26'26"W 12.05'
EDGE OF PAVEMENT
S82°25'33"W 68.18'
N82°30'17"W 8.16'
N18°36'30"W 11.08'
EDGE OF PAVEMENT
PROPERTY DESCRIPTION AFTER ACQUISITION
DATE 10/04/2023
COMMONWEALTH OF PENNSYLVANIA
REGISTERED PROFESSIONAL
SHAWN ALESI
LAND SURVEYOR
SU075690
PLAN OF ACQUISITION
FOR
THE BOROUGH OF APOLLO
LOCATED AT
N WARREN AVENUE
AND CUNNINGHAM LANE
ARMSTRONG COUNTY, PA
REVISIONS
FIELD BOOK
FILE
GT-17119
SHEET 2 OF 2
DRAWN BY
JGP
CHECKED BY
SA
SCALE 1"=20'
GIBSON THOMAS
ENGINEERING COMPANY

# EXHIBIT 2

**Acquisition Area A:**

Beginning at a point along Cunningham Lane, being the Northeast corner of the lands herein described, at an existing Iron Pin with Cap; thence along Cunninghame Lane South 24° 43' 48" West a distance of 60.00 feet to a point marking the boundary lines between Parcel Nos. 01-227.07-01-77 and 01-227.07-01-80; thence continuing along Cunningham Lane South 24° 43' 48" West a distance of 12.07 feet to a point marking the Southeast corner of the lands herein described; thence continuing along Cunningham Lane South 82° 25' 33" West a distance of 20.00 feet to a point marking the Southwest corner of the lands herein described; thence North 48° 52' 22" East a distance of 12.09 feet to a point; thence North 39° 26' 26" East a distance of 26.57 feet to a point; thence North 28° 43' 19" East a distance of 46.12 feet to a point at the boundary of Parcel Nos. 01-227.07-01-74 and 01-227.07-01-70 marking the Northwest corner of the lands herein described; thence South 65° 40' 03" East a distance of 2.00 feet to the place of beginning.

Containing 455.10 square feet or 0.010 acres.

**Acquisition Area B:**

Beginning at a point at the intersection of Parcel No. 01-227.07-01-80, Cunninghame Lane, and Wilson Way, being the Southwest Corner of the lands herein described, at an existing steel post; thence along Cunninghame Lane North 82° 25' 33" East a distance of 10.00 feet to a point; thence North 82° 30' 17" West a distance of 8.16 feet to a point; thence North 18° 36' 30" West a distance of 11.08 feet to a point marking the Northwest corner of the lands herein described; thence along Wilson Way South 07° 34' 27" East a distance of 13.00 feet to the place of beginning.

Containing 24.40 square feet or 0.001 acres.

# EXHIBIT 3


N. WARREN AVE.
CUNNINGHAM LANE
IRON PIN WITH CAP FOUND
N/F MARY LOU PERSOCKIE
TAX PARCEL: 01-227.07-01-70
INSTR# 201106238
S60°31'22"E 110.50' (DEED)
S65°40'03"E 110.50' (FIELD)
ROBERT SCOTT BRUNERMER AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-74
INSTR# 201703584
REBAR FOUND
IRON PIN WITH CAP FOUND
IRON PIN FOUND
ACQUISITION AREA, SEE DETAIL A
ROBERT SCOTT BRUNERMER AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-77
INSTR# 201703584
NAIL FOUND
JANET L. BRUNERMER AND R. SCOTT BRUNERMER
TAX PARCEL: 01-227.07-01-80
INSTR# 201712520
ACQUISITION AREA, SEE DETAIL B
STEEL POST FOUND
EDGE OF PAVEMENT
N/F DAVID G. FOWLER AND TRACY L. FOWLER
TAX PARCEL: 01-227.07-01-76
D.B.V. 2179, PAGE 314
N/F ESTATE OF EVA M. COLEMAN
TAX PARCEL: 01-227.07-01-82
D.B.V. 600, PAGE 442
N/F ADAM MAGINLEY AND ELIZABETH MAGINLEY
TAX PARCEL: 01-227.07-01-84
INSTR# 2007-007583
D.B.V. 2890, PAGE 45
32 AND 2' OF 33 SIMON TRUBY PLAN
N/F HELEN V. HUTCHINSON AND REBECCA PERRY
TAX PARCEL: 01-227.07-01-83
D.B.V. 1875, PAGE 325
N/F DANA D. BAUM
TAX PARCEL: 01-227.07-01-85
INSTR# 201107213
NAIL FOUND
ACQUISITION AREA DETAIL B
24.40 Sq. Feet
0.001 Acres
ACQUISITION AREA DETAIL A
455.10 Sq. Feet
0.010 Acres
NOTES:
-ALL FIELD BEARINGS DERIVED FROM NAD 83 SOUTH ZONESTATE PLANE COORDINATE SYSTEM.
-RECORD COURSES AND DISTANCES REFERENCE A SURVEY PLOT. DEED DESCRIPTIONS OF TAX PARCEL NUMBER 01-227.07-01-80 DO NOT CONTAIN COURSES AND ONLY REFERENCE DISTANCES.
-FIELD MEASUREMENTS MATCH PREVIOUS SURVEY PLOT PRODUCED BY YOUNG AND ASSOCIATES.
-CHARTER BOOK NO. 1, PAGE 182 IS MISSING NECCESSARY INFORMATION TO DESCRIBE TAX PARCELS 01-227.07-01-74, 77 & 80.
DATE 10/04/2023
COMMONWEALTH OF PENNSYLVANIA
REGISTERED PROFESSIONAL
SHAWN ALESI
LAND SURVEYOR
SU075690
PLAN OF ACQUISITION
FOR
THE BOROUGH OF APOLLO
LOCATED AT
N WARREN AVENUE
AND CUNNINGHAM LANE
ARMSTRONG COUNTY, PA
SCALE 1"=30'
REVISIONS 10/27/2023
FIELD BOOK
FILE GT-17119 SHEET 1 OF 2
DRAWN BY JGP
CHECKED BY SA
GIBSON THOMAS ENGINEERING COMPANY


N. WARREN AVE.
CUNNINGHAM LANE
IRON PIN WITH CAP FOUND
N/F MARY LOU PERSOCKIE
TAX PARCEL: 01-227.07-01-70
INSTR# 201106238
S65°40'03"E 108.49'
N24°43'48"E 40.00'
ROBERT SCOTT BRUNERMER
AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-74
INSTR# 201703584
REBAR FOUND
12'
IRON PIN WITH CAP FOUND
IRON PIN FOUND
N24°43'48"E 20.00'
S65°40'03"E 105.71'
N65°40'03"W 105.71'
ROBERT SCOTT AND JANET BRUNERMER
TAX PARCEL: 01-227.07-01-77
INSTR# 201703584
S28°42'53"W 40.12'
N24°43'48"E 20.00'
NAIL FOUND
S65°40'03"E 101.60'
N65°40'03"W 101.60'
S28°42'53"W 6.00'
N07°34'27"W 38.40'
JANET L. BRUNERMER
AND R. SCOTT BRUNERMER
TAX PARCEL: 01-227.07-01-80
INSTR# 201712520
S39°26'26"W 14.51'
EDGE OF PAVEMENT
S48°30'33"W 11.98'
S39°26'26"W 12.05'
S82°25'33"W 68.18'
N82°30'17"W 8.16'
N18°36'30"W 11.08'
EDGE OF PAVEMENT
PROPERTY DESCRIPTION
AFTER ACQUISITION
DATE
10/04/2023
COMMONWEALTH OF PENNSYLVANIA
REGISTERED PROFESSIONAL
SHAWN ALESI
LAND SURVEYOR
SU075690
PLAN OF ACQUISITION
FOR
THE BOROUGH OF APOLLO
LOCATED AT
N WARREN AVENUE
AND CUNNINGHAM LANE
ARMSTRONG COUNTY, PA
REVISIONS
FIELD BOOK
FILE
GT-17119
SHEET 2 OF 2
DRAWN BY
JGP
CHECKED BY
SA
SCALE
1"=20'
GIBSON THOMAS ENGINEERING COMPANY

CharltonLaw

April 2, 2026

Janet L. Brunermer
719 N. Warren Avenue
Apollo, PA 15613

*via U.S. Certified Mail, Return Receipt Requested*

***Re: Borough of Apollo v. Robert Scott Brunermer and Janet Brunermer***
***Armstrong County Docket: 2023-1367-Civil***
***Commonwealth Court Docket: 1223 CD 2025/1225 CD 2025***

Dear Ms. Brunermer:

Please find enclosed herewith a check in the amount of $3,250.00 made payable to Robert Scott Brunermer/Janet Brunermer as the estimated just compensation per your letter dated March 26, 2026. However, I am also enclosing a second check on behalf of Apollo Borough in the amount of $25.00 due to a typographical error that resulted in the total calculated payment being short. Accordingly, this payment is broken down as follows:

| | |
|---|---|
| Value of Condemned Acreage: | $275.00 |
| Value of Fence Relocation: | $3,000.00 |
| **Total Estimated Just Compensation:** | $3,275.00 |

As you indicated in your letter and as previously communicated by me, this payment is estimated just compensation under 26 Pa.C.S. §307 and without prejudice to such further rights entitled to you thereunder. This payment shall not be considered a waiver of any of your rights or the Borough's rights in the pending appeals, a consent to global settlement, or a release of claims.

Please note that the proper citation to Title 26 that you raised in your prior correspondence has been indicated herein.

Very Truly Yours,

CHARLTON LAW

Chelsie [signature] for
Brian D. Farrington, Esquire

BDF:alb
Enclosure
Cc: Apollo Borough

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**APOLLO BOROUGH**
GENERAL FUND
P.O. BOX 306
APOLLO, PA 15613

First Commonwealth Bank
MEMBER FDIC 1-1800-711-BANK (2285)
FCBANKING.COM

60-682/433

33336

4/1/2026

PAY TO THE ORDER OF Robert Scott Brunermer/Janet L. Brunermer $ **3,250.00

Three Thousand Two Hundred Fifty and 00/100*********************************************************************************** DOLLARS

Robert Scott Brunermer/Janet L. Brunermer

AUTHORIZED SIGNATURE

MEMO 719 N Warren Ave Just compensation

SECURE DOCUMENT SQUARE IMAGES FADE WHEN HEAT IS APPLIED

[redacted]

**CHARLTON & CHARLTON INC** 12-10
**GENERAL ACCOUNT**
617 S PIKE RD PH. 724-540-1161
SARVER, PA 16055

**FIRST NATIONAL BANK**
60-1809/433

CHECK NO. 007457

DATE 4/2/2026 AMOUNT $25.00

PAY TO THE ORDER OF Robert Scott Brunermer/Janet L. Brunermer

Twenty-Five + 00/100

MP

[redacted]

Keffalas
REAL ESTATE INC.

Sunshine Plaza
790 Pittsburgh Road - Suite 1
Butler, PA 16002-4032

Office (724) 586-2222
Fax (724) 586-2223
Email: jimkeffalas@yahoo.com
www.kre.com

# APPRAISAL OF THE DIMUNITION IN MARKET VALUE FOR A PARTIAL TAKING BY CONDEMNATION FOR A ROAD IMPROVEMENT

Subject Property Known as 719 N. Warren Avenue, Apollo,
Apollo Borough, Armstrong County, Pennsylvania

Subject Property Consists of Three (3) Adjoining Tax Parcels
Armstrong County Map # 01-227.07-01-74; # 01-227.07-01-80;
# 01-227.07-01-77.

***KRE File # 23-128.***
***Client – Charlton Law / Apollo Borough.***
Report Date - November 13, 2023.

**APPRAISER'S ASSIGNMENT:** The undersigned real estate appraiser was engaged by the Client, Charlton Law / Apollo Borough, to estimate the diminution of value occasioned by the partial taking of a portion of the subject three (3) tax parcels identified above. The partial taking is for a public road improvement as illustrated in the attached two (2) survey drawings by Gibson Thomas Engineering Company dated 10/04/2023. The three (3) subject tax parcels are identified by Armstrong County assessment map parcel #'s: # 01-227.07-01-74; # 01-227.07-01-80; and # 01-227.07-01-77.
Additionally, this assignment was to exclude any oil, gas or mineral rights added value, if any.

**PURPOSE OF APPRAISAL:** The purpose of this appraisal report is to assist the Client in estimating the just compensation for a partial taking as described and illustrated herein.

**SCOPE OF ASSIGNMENT:** The appraiser viewed the affected subject property October 23, 2023. The viewing was an exterior only - interior viewing of the subject building was not approved by the Client's request to the subject property owner. Additionally, the appraiser viewed County assessment records, the attached survey drawings, Realist - CoreLogic Data, Google maps, and County tax maps. The appraiser researched land sales from West Penn MultiList and the appraiser's files, and consulted with other real estate agents on recent area land sales. County tax assessment records and maps were researched and are attached to this report.

**SUBJECT TAKING AREA BEING APPRAISED:** The subject acreage being taken for the street improvement includes two (2) areas as per the attached survey drawings:
Acquisition Area Detail A: 455.10 sq. ft. = 0.010 Acres

Acquisition Area Detail B: 24.40 sq. ft. = 0.001 Acres
TOTAL . . . . . . . . . . . . 479.50 sq. ft. = 0.011 Acres

**VALUATION CONSIDERATIONS:** The subject area being taken is for public road improvements along the southeast and southwest portions of the subject parcels (as illustrated in the survey drawings attached). The affected areas are lawn with a chain link fence in a portion of the taken area. The appraiser viewed the subject building from the street and reviewed County assessment records. County records indicate the last transfer of County Map # 01-227.07-01-74 and 01.227.07-01-77 were on April 6, 2017 at a consideration of $39,000. County Map # 01-227.07-01-80 (0.89 Acres) was last transferred on November 10, 2017 at a consideration of $2,000. The subject property topography slopes gradually up hill to the southeast. The area being taken is zoned business transition (BT) and Town Center Overlay (TCO). Retail is permitted and parking is permitted under one or the other zoning categories as a primary use even without land development. Electric, gas, public water and public sewers are available to the subject building. The total taking measures: 0.011 Acres. In this instance, the taking diminishes the value of the subject whole as follows:

The appraiser researched and reviewed land sales in Armstrong County and concluded that, in this instance, the subject acreage value is $25,000 per Acre x 0.011 Acres = $275.00 (Just Compensation Amount). The appraiser applied a higher per acre value than indicated by the comparable sales to adjust for the subject property's features. Overall, the appraiser believes the small taking is de minimis. No subsurface rights are included in this valuation. Additionally, this just compensation ($275.00) does not include costs to relocate/re-install the subject existing chain link fence. This partial taking does not affect the overall utility, or use, of the subject property.

**DATE OF THIS REPORT:** November 13, 2023.

**DATE OF APPRAISAL VALUE OPINION:** October 23, 2023 (Date of Viewing Subject Affected Area).

**BEFORE AND AFTER TAKING VALUES:** As of October 23, 2023, the appraiser estimates the before taking subject property value at: $50,000 ; the after taking value is estimated at: $49,725. The subject property value is based on an exterior viewing of the property along with reviewing available subject property data from County assessment office, West Penn MLS, and Realist.

**FINAL OPINION:** The just compensation of the subject partial taking totaling 0.011 Acres, as herein illustrated and described, is valued herein at $275.00.

***The opinions set forth herein are made within a reasonable degree of professional appraising certainty.***

James S. Keffalas REB/GRI

James S. Keffalas REB/GRI
PA Certified General Real Estate Appraiser
GA-000584-L