SLOPPYSOAP

**Sloppysoap Inc <sloppysoap@sloppysoap.com>**

# Fwd: Offer Letter- 719 N. Warren Rd, Apollo

9 messages

**Lori Weig-Tamasy** <lori.weigtamasy@gmail.com> Fri, Apr 25, 2025 at 10:48 AM
To: Sloppysoap Inc <sloppysoap@sloppysoap.com>

EXHIBIT
10
exhibitsticker.com

Thanks and much appreciation!

Lori Weig-Tamasy, SRS
Realtor
Century 21 American Heritage Realty
License # RS326112
Multi-Million Dollar Producer

cell 724.396.4733
lori.weigtamasy@gmail.com
21 Towne Center Drive
Leechburg, PA 15656

"THE REAL ESTATE LAW REQUIRES THAT I PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE THAT DESCRIBES THE VARIOUS BUSINESS RELATIONSHIP CHOICES THAT YOU MAY HAVE WITH A REAL ESTATE LICENSEE. SINCE WE ARE DISCUSSING REAL ESTATE WITHOUT YOU HAVING THE BENEFIT OF THE CONSUMER NOTICE, I HAVE THE DUTY TO ADVISE YOU THAT ANY INFORMATION YOU GIVE ME AT THIS TIME IS NOT CONSIDERED TO BE CONFIDENTIAL, AND ANY INFORMATION YOU GIVE ME WILL NOT BE CONSIDERED CONFIDENTIAL UNLESS AND UNTIL YOU AND I ENTER INTO A BUSINESS RELATIONSHIP. AT OUR FIRST MEETING I WILL PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE WHICH EXPLAINS THOSE BUSINESS RELATIONSHIPS AND MY CORRESPONDING DUTIES TO YOU."

Please don't print this e-mail unless it's necessary.

---------- Forwarded message ---------
From: **Richard Walker** <rwalkerjr@hotmail.com>
Date: Thu, Apr 24, 2025, 4:45 PM
Subject: Offer Letter- 719 N. Warren Rd, Apollo
To: lori.weigtamasy@gmail.com <lori.weigtamasy@gmail.com>

Lori-

My wife and I are prepared to make an offer on the property you represent at 719 N. Warren, Apollo.

We are prepared, *based on our pre-approval note & the property*, to offer **$155,000**.

Here are the details of how we came to this offer number:

**1**. ROOF ISSUE
* As you are aware, during our tour of the property we noted the roof is not a metal roof as was thought. It is, in fact, a composite roof installed over many layers of asphalt shingling. It was clearly observed (because of missing flashing) that the asphalt shingling beneath the composite has significantly aged and warped and will need replacing within the next year.
* Additionally, as was noted in the disclosure, current owners were not sure the age of the roof or last time it was repaired or replaced. With most roofs having a life expectancy of about 20-25 years, we are concerned about this property's overall roof condition given its (likely) long age.
* To that end, missing flashing at the edge of the roof has likely created a larger damage issue than is visible from the street, particularly as it pertains to weather. As such, we would need to replace flashing as well as roofing. We are concerned there may be unseen water or other structural damage beneath the shingling that may also need to be addressed.
* We also noted that the roof has quite noticeable *sagging*. This may require a complete reconstruction/replacement of the roof as there may be significant damage to the rafters beneath the shingling due to age, potential water damage, etc.

*Based on current market prices these repair expenses alone are estimated to be <u>well over</u> $25,000.*

**2**. RETAINING WALL
We noted that the retaining wall near the basement entry door is leaning. This will need to be repaired in the very near future. However, the loose and rocking steps leading to the basement entry are absolutely unsafe for use and would require an immediate significant investment for repairs before we can utilize them

**3**. CODE COMPLIANCE- Rear Deck
As we understand it, there are missing railings on the rear deck of the church building. This is an ADA compliance and Borough code issue that will need to be immediately addressed before we can open our building for ministry work.

**4**. EASEMENT CONCERNS
We noted during our visit there was an issue with the easement at the back property line. We will need to address this with pertinent Borough officials & additional financial resources to meet Borough ordinances and directives.

**5**. FIRE CODE
We are unsure about compliance with Borough fire code. We didn't notice smoke detectors or fire extinguishers in place and noted only one exit sign. This may also need to be addressed after a Fire Chief inspection following our possession of the building.

6. And while we understand owners were in the midst of remodeling, we will have the additional expenses of finishing incomplete projects (e.g., flooring above what was once the Baptistry).

(Also... curious... what is the large concrete block in the yard? Is it scrap material or is it connected to something we should know about?)

*CONTINGENCIES for Sale*

* Occupancy Permit
As we understand it, the church is currently under a *temporary* occupancy permit based on a zoning decision change from the Apollo Borough office. We would need that restored to an occupancy permit that meets the present B/T Zoning within which the building sits.

* Surveys
The disclosure we received noted recent surveys were conducted by the present owners. These were not forwarded to us with said disclosures. Since there are presently issues with the easement we will need to address with Borough officials, this document will be critical to that conversation. We would want to review & retain the *official* copy of the most recent survey conducted for this property by the current owners.

* Structural Inspection
As aforementioned, we have concerns with the safety & structural soundness of the roof, retaining wall, & the concrete steps leading to the basement entry door. Given the age of the church building & these concerns, we would require a professional structural inspection to determine if there are any additional structural issues we need to be made aware of before assuming ownership.

* Appraisal
We will expect a professional appraisal on the church property prior to a sale of agreement.

* Conveyance of Historical Pieces
As part of this sale- and to honor the longtime, rich history of this faith community- we would like to have conveyed of any of the church's historical pieces; notably the remaining pews, pastoral chairs, the pulpit, and any other retained or recovered items deemed historical to Shiloh Baptist Church.

* Conveyance of Building Materials
As part of this sale we request the conveyance of any remaining building materials such as, but not limited to, drywall, flooring, lighting, wiring, baseboard, plumbing, wallpaper, paint, etc. that was purchased for the purpose of completing the remodel of the property.

Lori, as you know we are a 501(c)3 Christian ministry on an exceptionally tight & fixed budget. While we have an *incredible* vision for this building (and for the people God will bring to us to serve) and see the important community presence and potential this building will provide to our ministry, we also recognize these significant expenses will tap out our financial resources until we can begin capital expenditure fundraising and grant writing. We believe this offer to be fair and reasonable, given what remains to be finished and what is in need of attention for repair.

Please feel free to contact us with any additional questions. We look forward to working with you and the current owners for a smooth, amicable sale.

In the Faith,

Barbara & Rich Walker
Fig Tree Christian Ministries, Inc.

**Sloppysoap Inc** <sloppysoap@sloppysoap.com> Mon, Apr 28, 2025 at 8:59 AM
To: Lori Weig-Tamasy <lori.weigtamasy@gmail.com>

Lori,

We thank you for sending us a copy of Walker's proposal. We are prepared, based on our knowledge of the property and the work that has been completed, to offer a counteroffer of **$175,000**.

1. The roof. In our 9 years of ownership, we are not aware of any leaks in the roof. In 2019, there was a windstorm that swept through Apollo. We filed an insurance claim for potential damage. The claims adjuster noted that there was no damage to the roof and that the roof appeared to be in good working condition.

As Mr. Walker said to you in conversation as you relayed to us, there is still some life in that roof, and only minor repairs should be necessary, if at all.

2. Retaining Wall. We are aware of the condition of the retaining wall; and it also has not changed in our nine years of ownership. We discussed repairs with a local hardscape contractor, and it was his belief that all that was necessary was for the concrete block to be removed, cleaned and reset. Anything beyond that would be purely cosmetic in nature. The "rocking steps" are a one-piece sold concrete staircase. It can be reset in the corner with the proper equipment, or removed.

3. Code Compliance – Rear deck. We are in the process of having a second handrail installed. This should not affect our listing price.

4. Easement Concerns. We have the deeds related to easements running along the three lots. Those documents, related to easements and surveys, are available at the Apollo Borough offices, as the Borough also paid to have a survey carried out. If an Apollo Borough official has expressed that there is an easement issue with the rear property line, we can provide all of the easement agreements between 715-717-719 North Warren Avenue, related to a 2009 sewage easement agreement, which has become null and void as it was only a temporary agreement. Lori, you should know this is factually correct as you were the Borough Manager at the time. If the Borough is claiming that the fence sits on an easement, they are completely wrong – see above.

5. Fire Code. It does factually need smoke detectors. It is our belief that there are two in the basement of the church that have not been installed. There are also one or two fire extinguishers in the basement. Of course, we invite the Walker's to do their due diligence to find the necessary requirements under the Borough's fire code, as well as Pennsylvania's Uniform Construction Code. As for the exit signs, several thousand dollars were spent on rewiring the electrical box, new outlets, light switches and new LED lighting. The Walker's are incorrect as to the number of exit signs. There are in fact at least 4 hard wired with battery back-up Exit Signs. Three in the basement, and one at the front door on the main floor. These were installed after a March 2020 plan review performed by Bureau Veritas, NA in Kittaning, and are all up to code per our electrician. Those plans were approved by Bureau Veritas in May 2020.

6) Again, this is a non-issue for us in what we are asking for the building. We used the baptismal font for storage. The weight of the access door to the font kept us from finishing the floor at that location, we place a rug there instead. Matching flooring is available for the Walker's if they wish to complete that project.

Many of the issues discussed, in particular, the "CONTINGENCIES for sale", are matters that are beyond our control.

- <u>Occupancy Permit</u>

  Per the Walkers, "As we understand it, the church is currently under a *temporary* occupancy permit based on a zoning decision change from the Apollo Borough office."

“THE REAL ESTATE LAW REQUIRES THAT I PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE THAT DESCRIBES THE VARIOUS BUSINESS RELATIONSHIP CHOICES THAT YOU MAY HAVE WITH A REAL ESTATE LICENSEE. SINCE WE ARE DISCUSSING REAL ESTATE WITHOUT YOU HAVING THE BENEFIT OF THE CONSUMER NOTICE, I HAVE THE DUTY TO ADVISE YOU THAT ANY INFORMATION YOU GIVE ME AT THIS TIME IS NOT CONSIDERED TO BE CONFIDENTIAL, AND ANY INFORMATION YOU GIVE ME WILL NOT BE CONSIDERED CONFIDENTIAL UNLESS AND UNTIL YOU AND I ENTER INTO A BUSINESS RELATIONSHIP. AT OUR FIRST MEETING I WILL PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE WHICH EXPLAINS THOSE BUSINESS RELATIONSHIPS AND MY CORRESPONDING DUTIES TO YOU.”

Please don't print this e-mail unless it's necessary.

[Quoted text hidden]

---

**Sloppysoap Inc** <sloppysoap@sloppysoap.com> Mon, Apr 28, 2025 at 5:40 PM
To: Lori Weig-Tamasy <lori.weigtamasy@gmail.com>

Lori,

Just to clarify our conversation earlier, are we correct in saying

1) The Walkers are not willing to pay more than $155,000 for the church and,
2) The Walkers want to split the cost of a commercial appraisal and the cost of a structural engineer.

Thanks,
Janet & Scott
[Quoted text hidden]

---

**Lori Weig-Tamasy** <lori.weigtamasy@gmail.com> Mon, Apr 28, 2025 at 5:47 PM
To: Sloppysoap Inc <sloppysoap@sloppysoap.com>

They are willing to consider a higher offer based on the results of the appraisal (if it appraises higher than their current offer) and the engineer's inspection. Thus the reason to have it appraised to know what the true market value is and due to their concerns with the roof, the engineer's opinion, most importantly regarding the condition of the roof.
And I did inquire about an appraisal. It requires a general appraiser to do, not a residential one. Cost approximately $1000-$1500 max.
Any other questions, just let me know.

Thanks and much appreciation!

Lori Weig-Tamasy, SRS
Realtor
Century 21 American Heritage Realty
License # RS326112

Multi-Million Dollar Producer
cell 724.396.4733
lori.weigtamasy@gmail.com
21 Towne Center Drive
Leechburg, PA 15656

“THE REAL ESTATE LAW REQUIRES THAT I PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE THAT DESCRIBES THE VARIOUS BUSINESS RELATIONSHIP CHOICES THAT YOU MAY HAVE WITH A REAL ESTATE LICENSEE. SINCE WE ARE DISCUSSING REAL ESTATE WITHOUT YOU HAVING THE BENEFIT OF THE CONSUMER NOTICE, I HAVE THE DUTY TO ADVISE YOU THAT ANY INFORMATION YOU GIVE ME AT THIS TIME IS NOT CONSIDERED TO BE CONFIDENTIAL, AND ANY INFORMATION YOU GIVE ME WILL NOT BE CONSIDERED CONFIDENTIAL UNLESS AND UNTIL YOU AND I ENTER INTO A BUSINESS RELATIONSHIP. AT OUR FIRST MEETING I WILL PROVIDE YOU WITH A WRITTEN CONSUMER NOTICE WHICH EXPLAINS THOSE BUSINESS RELATIONSHIPS AND MY CORRESPONDING DUTIES TO YOU.”

Please don't print this e-mail unless it's necessary.

[Quoted text hidden]

---

**Sloppysoap Inc** <sloppysoap@sloppysoap.com> Tue, Apr 29, 2025 at 9:39 AM
To: Lori Weig-Tamasy <lori.weigtamasy@gmail.com>

Dear Lori,

After thoughtful consideration and prayerful reflection, we have decided to end negotiations with the Walkers regarding the sale of the church property.

We have been open, transparent, and accommodating throughout this process. However, it has become evident that the Walkers are not willing to assume even a reasonable share of the risk or investment necessary in a real estate transaction of this nature. We do not feel it is appropriate—or fair—to absorb additional costs on behalf of buyers who have repeatedly signaled a lack of commitment and confidence in the property.

We will wait for a buyer who sees and respects the value of that investment.

Warm regards,

Janet and Scott

[Quoted text hidden]

*you have received this e-mail transmission in error, please immediately notify the sender and thereafter destroy the e-mail you received and all copies thereof. Thank you.*

---

**From:** "Lori Weig-Tamasy" <lori.weigtamasy@gmail.com>
**To:** sloppysoap@windstream.net
**Sent:** Monday, March 24, 2025 5:19:24 PM
**Subject:** Re: churches

I heard from Brenda, both phone call and email.
She indicated that the front ramp is not exactly L&I approved but serviceable and that the back deck is definitely not approved.
Here is the email that I got, FYI:
Lori -

The current zoning for these parcels is business transition and town center overlay. A variety of uses are permitted. Spot zoning one or in this case three properties is not a practice small boroughs engage in as it is costly, involving engineers, lawyers and lengthy processes. Over Pennsylvania, spot zoning is also not considered as many times that process is accused of targeting an individual or group of individuals. The term you are looking for is change of use. So long as the use is permitted within the zone where the property is, a simple prior approval municipal form is required by the county of Armstrong, with a borough signature. If a change of use is requested, it must be accompanied by stamped, engineered architectural drawing of the building if those exist. If they do not, the requestor must have them created. The last use was a church or assembly, so depending on what someone would like do, and if it is not in the use of assembly, then they would need a change of use which warrants the drawings. That property also has egress issues. A waiver was obtained from labor and industry for the front ramp, which would follow over to the new property owner, but the rear exit is still unapproved by the county. Apollo boroughs planning committee would not be involved unless someone wanted to seek a conditional or special exemption for the property.

If you need any further help, please call me at 7249800526.

Regards,

Brenda Troup

Thanks and much appreciation!

Lori Weig-Tamasy, SRS
Realtor
Century 21 American Heritage Realty
License # RS326112
Multi-Million Dollar Producer
cell 724.396.4733
lori.weigtamasy@gmail.com
21 Towne Center Drive
Leechburg, PA 15656

# BOROUGH OF APOLLO

# PERMIT

ISSUE DATE 11 Aug 22

EXPIRATION DATE 11 Aug 23

719 N. Warren Ave, Apollo, PA 15613
LOCATION OF PROPERTY

Scott / Janet Brunermer
( x ) OWNER ( ) CONTRACTOR ( ) OTHER

PERMIT ISSUED FOR:

Erect a back-yard egress deck

AGENCY ENDORSEMENTS:

FEE PAID: yes

ZONE AREA: BT/TCO

[signature]
AUTHORIZED SIGNATURE

**THIS PERMIT MUST BE POSTED ON THE PREMISES FACING STREET AND NOT REMOVED WHILE VALID**

(ANY ACTION AUTHORIZED UNDER THIS PERMIT MUST CONFORM WITH APPLICABLE CODES AND ORDINANCES)

**APOLLO BOROUGH**
P.O. Box 306
Apollo, Pennsylvania 15613

PITTSBURGH PA 150
20 SEP 2022 PM 3 L

Scott / Janet Brunermer
514 Hoover Drive
Apollo, PA 15613

Rec'd
9-22-22

15613-171814