**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JANET BRUNERMER and SCOTT BRUNERMER,

Plaintiffs,

v.

BOROUGH OF APOLLO;
BUREAU VERITAS NORTH AMERICA, INC.;
SCOTT ANDREASSI, individually;
CYNTHIA McDERMOTT, individually;
MARK TARLE, individually;
DEANNA SHUPE, individually;
BRENDA TROUP, individually’
RICHARD CRAFT, individually;
RODNEY SMAY, individually; and
GRANT KANISH, individually,

Defendants.

CONSOLIDATED
CIVIL ACTION NO. 2:21-CV-740-MRH

The Honorable Mark R. Hornak

This document relates to:
C.A. No. 2:21-cv-856-MRH

***Electronically Filed***

**DEFENDANTS BUREAU VERITAS, GRANT KANISH, AND RODNEY SMAY’S MOTION TO DISMISS PLAINTIFFS’ THIRD AMENDED COMPLAINT**

Defendants, Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay, through their counsel Brian P. Gabriel, Esq., Allison N. Genard, Esq. and Campbell Durrant, P.C., file the following *Motion to Dismiss Plaintiff’s Third Amended Complaint*.

1. On July 9, 2026, the Court entered an Order and Opinion granting Defendants’ Motions to Dismiss the Plaintiffs’ Second Amended Complaint and instructed Plaintiffs to file a short and plain statement for relief in their Third Amended Complaint. (ECF 227, 288).

2. On July 30, 2026, Plaintiffs filed a 75 page Third Amended Complaint which contained 413 paragraphs. (ECF 231).

3. In the Third Amended Complaint, Plaintiffs bring the following claims against the moving Defendants: Count I, Procedural Due Process against Defendants BVNA, Kanish, and Smay; Count II, First Amendment and Petition Clause Retaliation against Defendants BVNA and Kanish; Count III, Class of One Equal Protection against Defendants BVNA and Kanish; Count V, Substantive Due Process against Defendants BVNA and Kanish, Count VIII, Entity Liability against Defendant BVNA; and Count IX, Civil Conspiracy against Defendant Kanish.

4. The Third Amended Complaint does not comply with Federal Rule of Civil Procedure 8 and fails to state a claim upon which relief can be granted

5. For the reasons more fully explained in their Brief in Support, Defendants Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay respectfully request this Honorable Court dismiss the Third Amended Complaint with prejudice.

WHEREFORE, Defendants, Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay, respectfully request that this Honorable Court grant their Motion to Dismiss and enter the attached Order.

CAMPBELL DURRANT, P.C.

By: s/ Brian P. Gabriel

Brian P. Gabriel (PA 73132)
bgabriel@cdblaw.com
Direct Dial: (412) 395-1267
Allison N. Genard (PA 311253)
agenard@cdblaw.com
Direct Dial (412) 395-1279
535 Smithfield Street, Suite 700
Pittsburgh, PA 15222

(412) 395-1280 (Telephone)
(412) 395-1291 (Facsimile)

*Counsel for Defendants, Bureau Veritas North America, Inc., Grant Kanish and Rodney Smay*

Dated: August 20, 2026

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 20, 2026, a copy of the foregoing *Motion to Dismiss Plaintiffs' Third Amended Complaint* was filed electronically. Notice of this filing will be sent to the parties and/or counsel through the Court's Electronic Case Filing System, who may may access this filing through the Court's system..

CAMPBELL DURRANT, P.C.

By: s/ Brian P. Gabriel
Brian P. Gabriel