**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANET BRUNERMER and SCOTT BRUNERMER,<br><br>Plaintiffs,<br><br>v.<br><br>BOROUGH OF APOLLO, ET AL.<br><br>Defendants. | CONSOLIDATED<br>CIVIL ACTION NO. 2:21-CV-740-MRH<br><br>The Honorable Mark R. Hornak<br><br>This document relates to:<br>C.A. No. 2:21-cv-856-MRH |

**ORDER**

AND NOW, this ______ day of ________________, 202__, upon consideration of Defendants, Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay's *Motion to Dismiss Plaintiff's Third Amended Complaint* and *Brief in Support*, Plaintiffs' opposition thereto, if any, and Defendants' reply brief, if any, it is ORDERED that the Motion to Dismiss is GRANTED and Defendants Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay are DISMISSED WITH PREJUDICE.

________________________________
Mark R. Hornak, Judge
United States District Court
for the Western District of Pennsylvania