**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANET BRUNERMER and SCOTT BRUNERMER, | ) | CIVIL DIVISION |
| | ) | |
| | ) | No: 2:21-cv-740 |
| Plaintiffs, | ) | |
| | ) | US Chief District Judge Mark R. Hornak |
| v. | ) | |
| | ) | |
| BOROUGH OF APOLLO, *et al.*, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**ORDER OF COURT**

AND NOW, this ___________ day of _______________________, 2026, upon consideration of Defendants Borough of Apollo's, Cynthia McDermott's, Mark Tarle's, Deanne Shupe's, Brenda Troup's, Richard Craft's, and Scott Andreassi's Motion to Dismiss, Brief in Support, and all responses thereto, it is hereby ORDERED that the Defendants' Motion is GRANTED. It is further ORDERED that Plaintiffs' Third Amended Complaint, docketed at ECF No. 231 in this action, is dismissed in its entirety with prejudice.

BY THE COURT:

____________________________________
Mark R. Hornak, U.S. District Judge