**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET L. BRUNERMER and** | : | |
| **ROBERT SCOTT BRUNERMER,** | : | No. 2:21-cv-00740-MRH |
| Plaintiffs | : | No. 2:21-cv-00856-MRH |
| | : | |
| v. | : | This document relates to: |
| | : | **No. 2:21-cv-00740-MRH** |
| **BOROUGH OF APOLLO et al.,** | : | |
| Defendants. | : | (The Honorable Mark R. Hornak) |
| | : | |
| | : | **ELECTRONICALLY FILED** |
| | : | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS BUREAU VERITAS NORTH AMERICA, INC., GRANT KANISH, AND RODNEY SMAY'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT [ECF NO. 239]**

Plaintiffs Janet L. Brunermer and Robert Scott Brunermer, proceeding pro se, hereby respond in opposition to the Motion to Dismiss the Third Amended Complaint filed by Defendants Bureau Veritas North America, Inc., Grant Kanish, and Rodney Smay at ECF No. 239.

For the reasons set forth in the accompanying Brief in Opposition, Plaintiffs respectfully request that the Court deny the Motion in its entirety.

A proposed order is submitted herewith.

Respectfully submitted,

Janet L. Brunermer, Pro Se
719 North Warren Avenue
Apollo, PA 15613
sloppysoap@sloppysoap.com
724-506-2895

Robert Scott Brunermer, Pro Se
514 Hoover Drive
Apollo, PA 15613
sloppysoap@windstream.net
724-624-2716

Dated: August 24, 2026

**CERTIFICATE OF SERVICE**

We certify that on August 24, 2026, we filed the foregoing Response through the Court's CM/ECF system. The CM/ECF system transmitted a Notice of Electronic Filing to all registered counsel of record, constituting service under Federal Rule of Civil Procedure 5 and § 12.2.1 of the Western District of Pennsylvania Electronic Case Filing Policies and Procedures.

Janet L. Brunermer, Pro Se
719 North Warren Avenue
Apollo, PA 15613
sloppysoap@sloppysoap.com
724-506-2895

Robert Scott Brunermer, Pro Se
514 Hoover Drive
Apollo, PA 15613
sloppysoap@windstream.net
724-624-2716