**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JANET BRUNERMER and SCOTT BRUNERMER,

Plaintiffs,

v.

BOROUGH OF APOLLO;
BUREAU VERITAS NORTH AMERICA, INC.;
SCOTT ANDREASSI, individually;
CYNTHIA McDERMOTT, individually;
MARK TARLE, individually;
DEANNA SHUPE, individually;
BRENDA TROUP, individually;
RICHARD CRAFT, individually;
RODNEY SMAY, individually; and
GRANT KANISH, individually,

Defendants.

CONSOLIDATED
CIVIL ACTION NO. 2:21-CV-740-MRH

The Honorable Mark R. Hornak

This document relates to:
C.A. No. 2:21-cv-856-MRH

**NOTICE CONFIRMING COUNSEL FOR DEFENDANTS BVNA, KANISH AND SMAY**

AND NOW, Defendants Bureau Veritas North America, Inc. (“BVNA”), Grant Kanish, and Rodney Smay, hereby confirm that Brian P. Gabriel, Esq., Allison N. Genard, Esq., and Campbell Durrant P.C., respresent them in the above-referenced matter.

CAMPBELL DURRANT, P.C.

By: s/ Allison N. Genard

Brian P. Gabriel (PA 73132)
bgabriel@cdblaw.com
Direct Dial: (412) 395-1267
Allison N. Genard (PA 311253)
agenard@cdblaw.com
Direct Dial (412) 395-1279
535 Smithfield Street, Suite 700
Pittsburgh, PA 15222
(412) 395-1280 (Telephone)
(412) 395-1291 (Facsimile)

*Counsel for Defendants, Bureau Veritas North America, Inc., Grant Kanish and Rodney Smay*

Dated: October 2, 2026

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on October 2, 2026, the foregoing *Notice Confirming Counsel for Defendants BVNA, Kanish and Smay* was filed electronically through the Court's Electronic Case Filing System, and counsel and parties may access this filing through the Court's system.

CAMPBELL DURRANT, P.C.

By: s/ Allison N. Genard
Allison N. Genard